IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM FRANKLIN MCCOY, *et al.* } | |
|     *Plaintiff(s)* } | |
| } | |
| v. } | |
| } | CIVIL ACTION NO. H-03-3648 |
| HOMESTEAD STUDIO SUITES HOTELS } | |
| and HVI, INC. d/b/a HOMESTEAD } | |
| STUDIO SUITES HOTELS, } | |
|     *Defendant(s)* } | |

## FINAL JUDGMENT

Pursuant to the memorandum opinion and order of this date, the Court granted Defendants' motion for summary judgment with respect to all claims asserted against them by Plaintiffs. Accordingly, the Court hereby enters judgment in favor of Defendants on those claims. Defendants' Texas Deceptive Trade Practices Act counterclaim, however, was dismissed with prejudice. Accordingly, the Court enters final judgment in favor of Plaintiffs with respect to that claim. Plaintiffs are to bear all costs of action.

**SIGNED** at Houston, Texas, this 11th day of May, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE